

**Littler Mendelson, P.C.**
One Newark Center, 8th Floor
Newark, NJ 07102

Keith J. Rosenblatt
973.848.4743 direct
973.848.4700 main
973.741.2304 fax
krosenblatt@littler.com

October 21, 2025

<u>VIA ECF</u>

Hon. Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, N.J. 08608

      Re:    *Curaleaf Holdings, Inc., et al. v. N.J .Cannabis Regulatory Commission, et al.*
             <u>Civil Action No. 3:25-cv-16397-MAS-RLS</u>

Dear Magistrate Judge Singh:

      This firm represents Plaintiffs Curaleaf Holdings, Inc. and Curaleaf NJ, II, Inc. (collectively, "Plaintiffs") in the above matter. In accordance with Your Honor's Judicial Preferences, enclosed please find the following in support of my colleagues' applications for admission to practice before this Court *pro hac vice*:

(1)     Certifications of Keith J. Rosenblatt in Support of the Applications for Admission of Alex MacDonald, Stefan Marculewicz, and Dinora Orozco *Pro Hac Vice*;

(2)     Certifications of Alex MacDonald, Stefan Marculewicz, and Dinora Orozco in Support of their Applications for Admission *Pro Hac Vice*; and

(3)     Proposed Orders Admitting Alex MacDonald, Stefan Marculewicz, and Dinora Orozco *Pro Hac Vice.*

      Counsel for Defendants has consented to these *pro hac vice* admissions.

Hon. Rukhsanah L. Singh, U.S.M.J.
October 21, 2025
Page 2

On behalf of Plaintiffs, I respectfully request that the applications be granted.

Respectfully submitted,

LITTLER MENDELSON, P.C.

*/s/ Keith J. Rosenblatt*

Keith J. Rosenblatt

Enc.
cc: Rachel E. Thompson, Esq. (w/ enc., via ECF)
    Alex MacDonald (via email)
    Stefan Marculewicz (via email)
    Dinora Orozco (via email)

4936-1076-5940.1 / 104177.1139