

*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL C. WALTERS
*Acting Director*

October 29, 2025

<u>Via PACER</u>
Hon. Michael A. Shipp, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:   <u>Curaleaf Holdings, Inc., et al. v. N.J .Cannabis Regulatory Commission, et al.</u>
            Civil Action No. 3:25-cv-16397-MAS-RLS

Dear Judge Shipp,

    As you are aware, I represent Defendants in the above-captioned matter. I write to follow up on this afternoon's status conference. Please be advised that the Cannabis Regulatory Commission has agreed to voluntarily stay the October 30, 2025 expiration of the Plaintiffs' Bordentown license pending the adjudication of Plaintiffs' Motion for Order to Show Cause and Preliminary Injunction.

    Defendants respectfully request a once-cycle adjournment of the pending motion, making the motion return date December 1, 2025 with Defendants' Opposition being due on November 17, 2025.

    Thank you for your attention to this matter.

                        Respectfully submitted,

                        MATTHEW J. PLATKIN
                        ATTORNEY GENERAL OF NEW JERSEY

            By:    <u>/s/ Rachel E. Thompson</u>
                    Rachel E. Thompson
                    Deputy Attorney General
                    Rachel.Thompson@law.njoag.gov
                    (609) 376-3200


