MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625-0112
*Attorneys for Defendants*

| | |
|---|---|
| CURALEAF HOLDINGS, INC., a British Columbia corporation, and CURALEAF NJ, II, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NEW JERSEY CANNABIS REGULATORY COMMISSION, CHAIR DIANA HOUENOU, COMMISSIONERS KRISTA NASH and AMELIA MAPP, and ACTING EXECUTIVE DIRECTOR CHRISTOPHER RIGGS, in their official capacities,<br><br>Defendants. | No. 25-cv-16397 (MAS) (RLS)<br><br>*Electronically Filed*<br><br>**CONSENT ORDER EXTENDING DEADLINES** |

**THIS MATTER** having been brought to the Court by undersigned counsel on behalf of Defendants New Jersey Cannabis Regulatory Commission, Chair Diana Houenou, Commissioner Krista Nash, Commissioner Amelia Mapp, and Acting Executive Director

Christopher Riggs, and on behalf of Plaintiffs Curaleaf Holdings, Inc., and Curaleaf NJ, II, Inc.;

**WHEREAS**, the Court entered a Text Order setting deadlines for the Parties' opposition and reply to Plaintiffs' preliminary-injunction motion; and

**WHEREAS**, Defendants filed a motion to dismiss Plaintiffs' complaint and opposition to Plaintiffs' preliminary-injunction motion on November 17, 2025; and

**WHEREAS**, the Parties wish to streamline the remaining proceedings on Plaintiffs' preliminary-injunction motion and Defendants' motion to dismiss;

IT IS on this 21st day of November, 2025 **ORDERED** that:

1. Plaintiffs' combined reply in further support of their preliminary-injunction motion and opposition to Defendants' motion to dismiss is due Monday, December 8, 2025, and shall not exceed 40 pages in 14-point proportional font or 30 pages in 12-point proportional font;

2. Defendants' reply in further support of their motion to dismiss is due Friday, December 19, 2025 and shall not exceed 25 pages in 14-point proportional font or 18.75 pages in 12-point proportional font.

*/s/ Michael A. Shipp*
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE