**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:**  TRENTON                                              **DATE:**  APRIL 2, 2026

**JUDGE MICHAEL A. SHIPP**

**COURT REPORTER:**  SHANNAN O'NEILL

**TITLE OF CASE:**                                      **DOCKET # 3:25-cv-16397-MAS-RLS**

CURALEAF HOLDINGS, INC., *et al.*
          vs.
NEW JERSEY CANNABIS REGULATORY COMMISSION, *et al.*
          DEFENDANT

**APPEARANCES:**
 Alex MacDonald & Keith Rosenblatt, Esqs. for Plaintiffs
 Basam Gergi, Stephen Ehrlich, & Rachel Kornberg, Esqs. for Defendants

**NATURE OF PROCEEDINGS:**
In-person hearing held regarding Plaintiffs' Motion for Order to Show Cause and Preliminary Injunction (ECF No. 23) and Defendants' Motion to Dismiss (ECF No. 39).

Time Commenced:        10:01 AM
Time Adjourned:        11:11 AM
Total Time:             1 hr 10 mins

                                           s/ James Balfour
                                        **DEPUTY CLERK**