UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CURALEAF HOLDINGS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NEW JERSEY CANNABIS REGULATORY COMMISSION, *et al.*, <br><br> Defendants. | Civil Action No. 25-16397 (MAS) (RLS) <br><br> **ORDER** |

This matter comes before the Court upon two motions: (1) Plaintiffs Curaleaf Holdings, Inc. and Curaleaf NJ, II, Inc.'s (collectively, "Plaintiffs") Motion for an Order to Show Cause and Preliminary Injunction against Defendants New Jersey Cannabis Regulatory Commission, Chair Diana Houenou, Commissioners Krista Nash and Amelia Mapp,[1] and Acting Executive Director Christopher Riggs, in their official capacities (collectively, "Defendants") (the "PI Motion") (ECF No. 23); and (2) Defendants' Motion to Dismiss[2] (ECF No. 39) Plaintiffs' Complaint (ECF No. 1). Plaintiffs opposed Defendants' Motion to Dismiss and replied to the PI Motion (ECF No. 42) and Defendants subsequently replied (ECF No. 43). Thereafter, both Plaintiffs and Defendants filed notices of supplemental authority and responses to the opposing parties' notices. (ECF Nos. 44-47, 49-50.) The Court held oral argument on the parties' motions on April 2, 2026. (*See* ECF No. 53.) Following the oral argument, Defendants filed another notice of supplemental authority (ECF

---

[1] The Court notes that the docket reflects an incorrect spelling, "Ameila Mapp," which was used in Plaintiffs' Complaint. (*See* Compl., ECF No. 1.)

[2] Defendants' Motion to Dismiss also served as their opposition to Plaintiffs' PI Motion. (*See* Defs.' Mot. to Dismiss, ECF No. 39.)

No. 51) and Plaintiffs filed a response (ECF No. 52). For the reasons outlined in the accompanying

Memorandum Opinion,

IT IS, on this 27th day of May 2026, **ORDERED** as follows:

1.  Plaintiffs' PI Motion (ECF No. 23) is **DENIED**.

2.  Defendants' Motion to Dismiss (ECF No. 39) is **DENIED**.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE

2