

**State of New Jersey**
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 0112
TRENTON, NJ 08625-0112

MIKIE SHERRILL
*Governor*

DR. DALE G. CALDWELL
*Lt. Governor*

JENNIFER DAVENPORT
*Attorney General*

MICHAEL C. WALTERS
*Director*

June 5, 2026

*Via PACER*
Hon. Michael A. Shipp, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:    Curaleaf Holdings, Inc., et al. v. N.J .Cannabis Regulatory Commission, et al.
       Civil Action No. 3:25-cv-16397-MAS-RLS

Dear Judge Shipp,

As you are aware, I represent Defendants in the above-captioned matter. Defendants' response to Plaintiffs' Complaint is currently due on June 10, 2026. I write to request a two-week extension for Defendants to respond to the Complaint, so that the response is now due on or before June 24, 2026. Plaintiffs' counsel has consented to this brief extension.

Thank you for your attention to this matter.

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By:    /s/ Rachel E. Kornberg
       Rachel E. Kornberg (Formerly Thompson) (324502020)
       Deputy Attorney General
       Rachel.Kornberg@law.njoag.gov

So Ordered this ___9th___ day
of ___June___, 20_26_
_____
Hon. Rukhsanah L. Singh, U.S.M.J.



