

*State of New Jersey*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
OFFICE OF THE SOLICITOR GENERAL
PO BOX 080
TRENTON, NJ 08625

MIKIE SHERRILL
*Governor*

DR. DALE G. CALDWELL
*Lt. Governor*

JENNIFER DAVENPORT
*Attorney General*

JEREMY M. FEIGENBAUM
*Solicitor General*

July 20, 2026

**<u>VIA ECF</u>**
Honorable Rukhsanah L. Singh, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

> **Re:** ***Curaleaf Holdings, Inc. v. N.J. Cannabis Regulatory Commission, et al.*, Civ. No. 25-16397 (MAS) (RLS)**

Dear Judge Singh:

Defendants respectfully submit this letter with the consent of counsel for Plaintiffs to jointly request that the deadlines set in Your Honor's June 24, 2026 Order Scheduling Conference (ECF No. 60), including the July 28, 2026 Initial Scheduling Conference and proposed Joint Discovery Plan, be adjourned for a period of three weeks to permit the parties to continue discussions as to what next steps may be appropriate in the case. Counsel for the parties have conferred multiple times since Your Honor's Order and believe that the Initial Scheduling Conference may ultimately be unnecessary. If Your Honor declines to adjourn the relevant deadlines and conference, the parties respectfully request that the conference be converted to a virtual conference to take place over Microsoft Teams.

Respectfully yours,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY



By:   */s/ Bassam F. Gergi*
Bassam F. Gergi
Deputy Attorney General


cc:  Counsel of Record (via ECF)